USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-28-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
BENEDICT TORO,

                              Plaintiff,          **ORDER**

      -against-                             07-CV-3011 (LBS)

THE CITY OF NEW YORK, ET AL.,

                              Defendants.
------------------------------------------------------------------ x
LEONARD B. SAND, U.S. District Judge

      Upon the application of defendants for leave to take the deposition of plaintiff, Benedict Toro, an inmate, and the Court having granted leave for the taking of plaintiff's deposition pursuant to Rule 30(a)(2) of the Federal Rules of Civil Procedure:

      **IT IS HEREBY ORDERED:** (1) that the Superintendent or other official in charge of Hale Creek Correctional Facility produce inmate Benedict Toro, Inmate No. 07-A-4590, from the Hale Creek Correctional Facility, located in Johnstown, New York, to the Sing Sing Correctional Facility, located in Ossining, New York, for the taking of his deposition, on June 19, 2008, commencing at 9:30 A.M., until completion; and (2) that inmate Benedict Toro, Inmate No. 07-A-4590, appear in such place as designated by the Superintendent or other official in charge of Sing Sing Correctional Facility so that his deposition may be taken.

      **IT IS FURTHER ORDERED** that plaintiff shall bring all documents relevant to his claims to said deposition.

Dated: New York, New York
       May 28, 2008

                                                      UNITED STATES DISTRICT JUDGE

COPIES MAILED TO ALL PARTIES
5-28-08