AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__Southern__ DISTRICT OF __New York__

## APPEARANCE

Benedict Toro v. City of New York, et al.,

Case Number: 07 CV 03011 (LBS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Benedict Toro

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 6/25/08 | *Brett H. Kl[ein]* (signature) |
| Date | Signature |
| | Brett H. Klein — BK4744 |
| | Print Name — Bar Number |
| | 45 Main Street, Suite 230 |
| | Address |
| | Brooklyn — New York — 11201 |
| | City — State — Zip Code |
| | (718) 722-4100 — (718) 522-3225 |
| | Phone Number — Fax Number |